No. 72–6814.  GLASGOW *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 72–6815.  POE *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 72–6816.  STITH *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 72–6817.  FOUNTAIN *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 72–6819.  KAYE *v.* VINCENT, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 72–6824.  ALLEN *v.* UNITED STATES; and
No. 72–6825.  O'BRIEN *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 72–6826.  NYHAN *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 72–6828.  LUNA *v.* ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 72–6829.  McMINN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 72–6830.  PACE *v.* CAMPBELL ET AL.  C. A. 1st Cir. Certiorari denied.

No. 72–6831.  CRAWFORD *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 72–6833.  TIDD ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 72–6835.  BLASETTI *v.* GAGLIARDI ET AL.  C. A. 2d Cir.  Certiorari denied.